

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00378-CR

| | | |
|---|---|---|
| Rogelio Munguia | § | From the 297th District Court |
| | § | of Tarrant County (1250458D) |
| v. | § | February 4, 2016 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth